

AFL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 19-00311-KD |
| | USAO NO. 19R00218 |
| v. | |
| | VIOLATIONS: 18 USC § 1343 |
| | 18 USC § 1349 |
| MEOSHI SHONTA NELSON | |
| aka MEOSHI WILLIAMS, | |
| and RAVEN SYMONE NELSON | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

1. From on or about March 15, 2016, continuing to on or about April 24, 2017, the exact dates being unknown, in the Southern District of Alabama, Southern Division, and elsewhere, defendant

**MEOSHI SHONTA NELSON
aka MEOSHI WILLIAMS,**

devised and intended to devise a scheme and artifice to defraud the United States and to obtain money and property belonging to the United States by means of materially false and fraudulent pretenses, representations, and promises.

2. The purpose of the scheme and artifice to defraud was to achieve personal financial gain by defrauding the United States Social Security Administration (SSA), and others of approximately $86,248.10.

SEALED

## COUNT ONE

3. The Grand Jury incorporates paragraphs 1-2 of this Indictment as if fully set forth herein.

4. On or about March 15, 2016, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant

**MEOSHI SHONTA NELSON
aka MEOSHI WILLIAMS,**

for the purpose of executing the above-described scheme and artifice and attempting to do so, did cause to be transmitted in interstate commerce, by means of a wire communication, certain signs and signals, that is, defendant **MEOSHI SHONTA NELSON aka MEOSHI WILLIAMS,** caused an interstate wire communication between Alabama and another state when she submitted to a SSA Claims Representative in Mobile, Alabama, a false application to serve as Representative Payee for a Social Security beneficiary whose initials are M.L.S.

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

5. The Grand Jury incorporates paragraphs 1-2 of this Indictment as if fully set forth herein.

6. On or about April 8, 2016, in the Southern District of Alabama, Southern Division, and elsewhere, defendant

**MEOSHI SHONTA NELSON
aka MEOSHI WILLIAMS,**

for the purpose of executing the above-described scheme and artifice and attempting to do so, did cause to be transmitted in interstate commerce, by means of a wire communication, certain signs

SEALED

and signals, that is, defendant **MEOSHI SHONTA NELSON aka MEOSHI WILLIAMS**, caused an interstate wire communication between Alabama and another state when she submitted to a SSA Claims Representative in Mobile, Alabama, a false application to serve as Representative Payee for a Social Security beneficiary whose initials are M.Z.

In violation of Title 18, United States Code, Section 1343.

### COUNT THREE

7. From on or about September 5, 2017, continuing to on or about October 16, 2018, the exact dates being unknown, in the Southern District of Alabama, Southern Division, and elsewhere, defendants

**MEOSHI SHONTA NELSON
aka MEOSHI WILLIAMS, and
RAVEN SYMONE NELSON,**

knowingly and willfully conspired, combined, and agreed together to devise and intend to devise a scheme and artifice to defraud the United States by means of materially false and fraudulent pretenses, representations, and promises by use of interstate wire transmissions, in violation of 18 U.S.C. § 1343.

### Objectives of the Conspiracy

8. The objective of the conspiracy was for **MEOSHI SHONTA NELSON, aka MEOSHI NELSON WILLIAMS**, and **RAVEN SYMONE NELSON,** to knowingly and willfully misrepresent material facts to the Social Security Administration for the purpose of **RAVEN SYMONE NELSON** obtaining approval as a Representative Payee for persons in the group homes of **MEOSHI SHONTA NELSON, aka MEOSHI NELSON WILLIAMS**.

9. It was also an objective of the conspiracy that defendants **MEOSHI SHONTA NELSON, aka MEOSHI NELSON WILLIAMS**, and **RAVEN SYMONE NELSON,**

SEALED

conspired to achieve personal financial gain by defrauding the United States Social Security Administration (SSA) and others of approximately $220,440. This was accomplished as follows.

### Manner and Means of the Conspiracy

10. In 2015, **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS**, was convicted of a crime that barred her from continuing to be a Social Security Administration Representative Payee. After the Social Security Administration learned of this in 2017, **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS**, and **RAVEN SYMONE NELSON** conspired to circumvent the debarment of **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS**. It was a part of the conspiracy that **RAVEN SYMONE NELSON** would and did apply in the stead of **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS,** to be a Representative Payee for Social Security beneficiaries whose initials are A.L.S., K.K.S., B.M.G., and D.C.B., thus becoming a conduit Representative Payee for **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS.** It was a further part of the conspiracy that **RAVEN SYMONE NELSON** would and did turn over the beneficiaries' benefits or portions thereof to **MEOSHI SHONTA NELSON, aka MEOSHI WILLIAMS**, without giving any directions or instructions about how the beneficiaries' Social Security funds were to be spent or exercising any control over how their Social Security funds were spent.

In violation of Title 18, United States Code, Section 1349.

### FORFEITURE NOTICE

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

SEALED

Upon conviction of the offenses in violation of 18 U.S.C. §§ 1343 and 1349 set forth in Counts One through Three of this Indictment, the defendants named in Counts One through Three shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). If any of the forfeitable property, because of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

_____
ALEX F. LANKFORD, IV
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division          DECEMBER 2019

SEALED