AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>Meoshi Shonta Nelson<br>aka Meoshi Williams<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  19-00311-KD<br><br>SSA<br>9777467<br>14259-003<br>2003-0103-0352-J |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Meoshi Shonta Nelson, aka Meoshi Williams,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud,
Conspiracy to commit wire fraud

Date:  01/02/2020

*Sandra Rey*
Issuing officer's signature

City and state:   Mobile, AL

Charles R. Diard, Jr., Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ~ 30 DEC 2019, and the person was arrested on *(date)* 9 JAN 2020
at *(city and state)*  MOBILE, ALABAMA.

Date:  9 JAN 2020

*[signature]*
Arresting officer's signature

CHRIS M. LANE, SPECIAL AGENT
Printed name and title   SSA - OIG