**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **19-311-KD-N** |
| | § | |
| **MEOSHI NELSON,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT MEOSHI NELSON'S MOTION TO RECONSIDER AND/OR MOTION FOR ADDITIONAL TIME TO COMPLY WITH AMENDED ORDER SETTING CONDITIONS OF RELEASE (Document #26)**

_____

COMES NOW Defendant, **MEOSHI NELSON**, by and through her undersigned CJA counsel and moves this Court to Reconsider and/or for Additional Time to Comply with Amended Order Setting Conditions of Release on the following grounds:

1. Initially, the Court should know that Defendant Meoshi Nelson is not currently the "social security representative payee" for any of her residents;

2. Either the residents have a family member who is the "social security representative payee", or they are capable of handling their own finances and are the "direct payee" of their own social security check;

3. The residents are essentially "tenants" of Meoshi Nelson, who acts as their landlord and they pay monthly rent to live at the residence;

4. In addition to providing the residents a home to live in, Meoshi Nelson provides miscellaneous services such as transportation for the residents to and from Dr. visits, Court appearances, physical therapy, surgery appointments, funerals, store trips, day programs, church, family outings, monthly medication refills, and Orange Beach vacations;

5. A) Defendant presently has 32 residents, B) They are located in 4 houses, C) They are highly functional, D) They are capable of performing their activities of daily living (ADL's), E) Defendant is not the "payee" of any of their social security (SSA) or supplemental security income (SSI).

6. Defendant is presumed innocent at this date and Defendant submits requesting her to close her business is a violation of due process.

                                          Respectfully Submitted,

                                          /s/ Buzz Jordan
                                          Buzz Jordan
                                          Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

## CERTIFICATE OF SERVICE

      I certify that on January _22nd_, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                          /s/ Buzz Jordan
                                          Buzz Jordan