# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **19-311-KD-N** |
| | § | |
| **MEOSHI NELSON,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT MEOSHI NELSON'S MOTION TO SEAL
_____

COMES NOW the Defendant, Meoshi Nelson, by and through her undersigned CJA counsel, and moves for motion to leave to file a sealed motion contemporaneously with this motion to seal a motion for approval of expert fees.

Respectfully Submitted,

/s/ Buzz Jordan_____
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

## CERTIFICATE OF SERVICE

I certify that on February___12th___, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Buzz Jordan_____
Buzz Jordan