# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | 19-311-KD-N |
| | § | |
| MEOSHI NELSON, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT MEOSHI NELSON'S MOTION TO TRANSPORT

COMES NOW the Defendant's CJA counsel, Buzz Jordan, and moves the Court to Order that Defendant be transported to Court on March 10, 2020 at 10:30 a.m. for her Pretrial Conference before US Magistrate Judge Bivins.

Defendant's counsel has discussed Defendant's options regarding a trial and/or a plea and it will help counsel to have an effective Pretrial Conference if Defendant is present to discuss her options at the Pretrial Conference.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

## CERTIFICATE OF SERVICE

I certify that on March _4th_, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Buzz Jordan
Buzz Jordan