```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * CRIMINAL NO. 19-00311-KD |
| | * |
| MEOSHI SHONTA NELSON, | * |
| RAVEN SYMONE NELSON, *et al.*, | * |
| | * |
| Defendants. | |

## ORDER

A pretrial conference was held on March 10, 2020, before the undersigned Magistrate Judge.  Present at this conference were Joe Jordan, counsel for Defendant Meoshi Shonta Nelson, Peter Madden, counsel for Defendant Raven Symone Nelson, and Assistant United States Attorney Alex Langford, counsel for the Government.

At the conference, counsel for Defendants advised that they are attempting to resolve this case without a trial; however, additional time is needed.  Accordingly, counsel for Defendants requested that this case be continued to the next term.  Counsel for the Government voiced no opposition to Defendants' continuance request.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for one term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A).  Defendants were arraigned in January 2020 on charges of wire fraud in connection with Social Security

benefits.  The case has been continued once, and counsel for the parties are negotiating to resolve the case, with possible pretrial diversion for Defendant Raven Symone Nelson. The undersigned finds that continuing this action for another term so that counsel can attempt to resolve this case is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(A).  Accordingly, Defendant's request for a continuance is granted.  This case is hereby **CONTINUED** to the May 2020 criminal term, with jury selection commencing on **April 27, 2020**.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for both Defendants shall file, on or before **March 18, 2020,** a Speedy Trial Waiver executed by each Defendant and his/her counsel.  The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (C) with this understanding and knowledge, Defendant agrees to a continuance of this action to the May trial term.

**DONE** this **10th** day of **March, 2020.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**