# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | |
| § | 19-311-KD-N |
| MEOSHI NELSON, § | |
| § | |
| Defendant. § | |

## DEFENDANT'S NOTICE OF INTENT

COMES NOW the Defendant, MEOSHI NELSON, by and through her undersigned CJA counsel, Buzz Jordan, and files her Notice of Intent to Plead Guilty to Count 1 and Count 3 of the indictment without a plea agreement, i.e. a blind plea.

                                        Respectfully Submitted,

                                        /s/ Buzz Jordan
                                        Buzz Jordan
                                        Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

## CERTIFICATE OF SERVICE

I certify that on April _14th_, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        /s/ Buzz Jordan
                                        Buzz Jordan